|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.:  16-11111 |
| IN RE:<br>    CESAR M. CAMPOS | Hearing Date:  08/03/2016<br><br>Judge:  ROSEMARY GAMBARDELLA |



Order Filed on August 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 8, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  CESAR M. CAMPOS

Case No.:  16-11111RG

Caption of Order:  Order Denying Confirmation

---

    THIS MATTER having been scheduled before the Court on 08/03/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

    ORDERED, that the Confirmation Hearing scheduled on 8/3/2016 of the plan filed on 06/16/2016, is denied; and it is further

    ORDERED, that the Debtor must file a modified plan by 08/17/2016 or the case will be dismissed; and it is further

    ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.