**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

Order Filed on February 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

**Cesar Campos**

: Case No. 16-11111

: Judge: Rosemary Gambardella

: Chapter 13

_____

### ORDER TO REINSTATE CASE

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: February 8, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Cesar Campos
Page 2
Case No. 16-11111

_____

Upon the Debtor's Motion to Reinstate the Chapter 13 Case,

IT IS HEREBY ORDERED that:

1. The Chapter 13 Bankruptcy case is Reinstated effective immediately.

2. The Debtor must become current with payments to the Standing Trustee within 14 days of this Order of the case shall be dismissed.

3. The Debtor must file a modified plan within 7 days of entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Cesar M. Campos  
    Debtor

Case No. 16-11111-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 10, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.  
db        +Cesar M. Campos,    27 St. James Place,    Clifton, NJ 07013-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:

        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Russell L. Low    on behalf of Debtor Cesar M. Campos rbear611@aol.com,  lowlaw505@gmail.com  
                                        TOTAL: 5