Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  16−11111−RG
      Chapter:  13
      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cesar M. Campos
   27 St. James Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7733

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/21/16 and a confirmation hearing on such Plan has been scheduled for 4/6/16.

The debtor filed a Modified Plan on 4/3/17 and a confirmation hearing on the Modified Plan is scheduled for 5/17/17 at 9. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 4, 2017
JAN: clb

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 16-11111-RG
Cesar M. Campos Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Apr 04, 2017
 Form ID: 186 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
```
db              +Cesar M. Campos,    27 St. James Place,    Clifton, NJ 07013-3426
516129649       +ACAR Leasing LTD,    POB 183692,    Arlington, TX 76096-3692
515957628       +APEX ASSET,    2501 OREGON PIKE,    LANCASTER, PA 17601-4890
515957627       +American Express,    PO BOX 3001,    16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
516001949        American Express Centurion Bank,    c o Becket and Lee LLP,    PO Box 3001,
                  Malvern, PA 19355-0701
515957629       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    ATTN: RECOVERY DEPARTMENT,    4161 PIEDMONT PKWY,
                  GREENSBORO, NC 27410)
516193372        BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
516058595       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515957632       +Citibank,    CITICORP CREDT SRVS/CENTRALIZED BANKRUPT,    PO BOX 790040,
                  SAINT LOUIS, MO 63179-0040
515957633       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    DELL FINANCIAL SERVICES ATTN: BANKRUPCTY,
                  PO BOX 81577,    AUSTIN, TX 78708)
515957635       +DSNB MACYS,    MACYS BANKRUPTCY DEPARTMENT,    PO BOX 8053,    MASON, OH 45040-8053
516114927        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
515957637       +Firstar/US Bank,    US BANK BANKRUPTCY DEPT,    PO BOX 5229,    CINCINNATI, OH 45201-5229
515957639       +GM FINANCIAL,    PO BOX 181145,    ARLINGTON, TX 76096-1145
515957641       +Hsbc Bank,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
515957643       +MB FIN SVCS,    36455 CORPORATE DR,    FARMINGTON HILLS, MI 48331-3552
516103138       +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
515957630       +MonicaCampos,    27 St. James Place,    Clifton, NJ 07013-3426
515957646       +SUMMIT COLLECTION SVCS,    PO BOX 306,    HO HO KUS, NJ 07423-0306
515957645       +St Joseph's Regional Medical Center,    703 Main Street,    Paterson, NJ 07503-2621
515957648       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA 52409)
515977902       +U.S. Department of,    HUD,    451 7th Street SW,    Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 00:03:39     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 00:03:35     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515957625       +E-mail/Text: ally@ebn.phinsolutions.com Apr 05 2017 00:02:37     ALLY FINANCIAL,
                  200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
516004444        E-mail/Text: ally@ebn.phinsolutions.com Apr 05 2017 00:02:37     Ally Financial Lease Trust,
                  PO Box 130424,    Roseville MN 55113-0004
515957631       +E-mail/Text: cms-bk@cms-collect.com Apr 05 2017 00:03:25     Capital Management Services, Inc.,
                  726 Exchange Street,    Buffalo, NY 14210-1485
515964648        E-mail/Text: mrdiscen@discover.com Apr 05 2017 00:02:38     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515957634       +E-mail/Text: mrdiscen@discover.com Apr 05 2017 00:02:38     Discover Financial,
                  ATTENTION:  BANKRUPTCY DEPARTMENT,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
515957642       +E-mail/Text: bk@lendingclub.com Apr 05 2017 00:04:07     LENDING CLUB CORP,
                  71 STEVENSON ST STE 300,    SAN FRANCISCO, CA 94105-2985
515957644       +E-mail/Text: cowens@nationwideacceptance.com Apr 05 2017 00:04:05     Nationwide Acceptance,
                  105 DECKER CT. SUITE 725,    IRVING, TX 75062-2815
515957647       +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2017 23:58:45     SYNCB/JCP,    PO BOX 965007,
                  ORLANDO, FL 32896-5007
                                                                                              TOTAL: 10
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515957626*      +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
515957636*      +Dsnb Macys,    MACYS BANKRUPTCY DEPARTMENT,    PO BOX 8053,    MASON, OH 45040-8053
515957638*      +Firstar/US Bank,    US BANK BANKRUPTCY DEPT,    PO BOX 5229,    CINCINNATI, OH 45201-5229
515957640*      +GM FINANCIAL,    PO BOX 181145,    ARLINGTON, TX 76096-1145
515957649*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA 52409)
515957650*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA 52409)
515957651*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    TOYOTA FINANCIAL SERVICES,    PO BOX 8026,
                  CEDAR RAPIDS, IA 52408)
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Apr 04, 2017
                               Form ID: 186                 Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low   on behalf of Debtor Cesar M. Campos rbear611@aol.com,  lowlaw505@gmail.com
                                                                                             TOTAL: 5
```