| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    CESAR M. CAMPOS | Case No.:  16-11111<br><br>Hearing Date:  05/17/2017<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 23, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): CESAR M. CAMPOS

Case No.: 16-11111RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/17/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/17/2017 of the plan filed on 04/30/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/26/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.