Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  16−11111−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cesar M. Campos
    27 St. James Place
    Clifton, NJ 07013
Social Security No.:
    xxx−xx−7733
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 10:30 AM

to consider and act upon the following:

*72* – Document re: Letter Requesting Relisting of Motion (related document:69 Motion for Relief From Stay filed by Creditor Nationstar Mortgage LLC, Motion for Relief from Co−Debtor Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. (Carlon, Denise)

Dated: 5/10/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court