Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16−11111−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cesar M. Campos
   27 St. James Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7733

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

**79** – Certification in Opposition to (related document:78 Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 27 Saint James Place, Clifton, NJ, 07013. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC, Motion for Relief from Co−Debtor Stay of Monica Campos, 76 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 12/11/2018. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Russell L. Low on behalf of Cesar M. Campos. (Low, Russell)

Dated: 12/11/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court