Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11111−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cesar M. Campos
   27 St. James Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7733

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*79* − Certification in Opposition to (related document:78 Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 27 Saint James Place, Clifton, NJ, 07013. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC, Motion for Relief from Co−Debtor Stay of Monica Campos, 76 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 12/11/2018. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Russell L. Low on behalf of Cesar M. Campos. (Low, Russell)

Dated: 12/11/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Cesar M. Campos
     Debtor

Case No. 16-11111-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2018
                  Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
db         +Cesar M. Campos,    27 St. James Place,    Clifton, NJ 07013-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
         Charles G. Wohlrab     on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          cwohlrab@logs.com,    njbankruptcynotifications@logs.com
         Charles G. Wohlrab     on behalf of Creditor     Nationstar Mortgage LLC cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
         Denise E. Carlon     on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon     on behalf of Creditor     Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Russell L. Low     on behalf of Debtor Cesar M. Campos rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                      TOTAL: 8