**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cesar M. Campos<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7733<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–11111–RG | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cesar M. Campos

<u>4/22/21</u>                                             **By the court:** <u>Rosemary Gambardella</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-11111-RG |
|---|---|
| Cesar M. Campos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cesar M. Campos, 27 St. James Place, Clifton, NJ 07013-3426 |
| 516129649 | + | ACAR Leasing LTD, POB 183692, Arlington, TX 76096-3692 |
| 515957628 | + | APEX ASSET, 2501 OREGON PIKE, LANCASTER, PA 17601-4890 |
| 516058595 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515957630 | + | MonicaCampos, 27 St. James Place, Clifton, NJ 07013-3426 |
| 517131138 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, Tx 75261 |
| 515957646 | + | SUMMIT COLLECTION SVCS, PO BOX 306, HO HO KUS, NJ 07423-0306 |
| 515957645 | + | St Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 515977902 | + | U.S. Department of, HUD, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515957625 | | EDI: GMACFS.COM | Apr 23 2021 00:43:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 516004444 | | EDI: GMACFS.COM | Apr 23 2021 00:43:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 515957627 | + | EDI: BECKLEE.COM | Apr 23 2021 00:43:00 | American Express, PO BOX 3001, 16 GENERAL WARREN BLVD, MALVERN, PA 19355-1245 |
| 516001949 | | EDI: BECKLEE.COM | Apr 23 2021 00:43:00 | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 515957629 | | EDI: BANKAMER.COM | Apr 23 2021 00:43:00 | Bank of America, ATTN: RECOVERY DEPARTMENT, 4161 PIEDMONT PKWY, GREENSBORO, NC 27410 |
| 516193372 | | EDI: BANKAMER.COM | Apr 23 2021 00:43:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 515957631 | + | Email/Text: cms-bk@cms-collect.com | Apr 22 2021 21:59:00 | Capital Management Services, Inc., 726 Exchange Street, Buffalo, NY 14210-1485 |
| 515957632 | + | EDI: CITICORP.COM | Apr 23 2021 00:43:00 | Citibank, CITICORP CREDT SRVS/CENTRALIZED BANKRUPT, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 515957633 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 22 2021 22:23:45 | Dell Financial Services, DELL FINANCIAL SERVICES ATTN: BANKRUPCTY, PO BOX 81577, AUSTIN, TX 78708 |

Case 16-11111-RG   Doc 96   Filed 04/24/21   Entered 04/25/21 00:22:47   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 515957635 | | EDI: CITICORP.COM | Apr 23 2021 00:43:00 | DSNB MACYS, MACYS BANKRUPTCY DEPARTMENT, PO BOX 8053, MASON, OH 45040 |
| 515964648 | | EDI: DISCOVER.COM | Apr 23 2021 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515957634 | + | EDI: DISCOVER.COM | Apr 23 2021 00:43:00 | Discover Financial, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 516114927 | | EDI: ECAST.COM | Apr 23 2021 00:43:00 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 515957637 | + | EDI: USBANKARS.COM | Apr 23 2021 00:43:00 | Firstar/US Bank, US BANK BANKRUPTCY DEPT, PO BOX 5229, CINCINNATI, OH 45201-5229 |
| 515957639 | + | EDI: PHINAMERI.COM | Apr 23 2021 00:43:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 515957641 | + | EDI: HFC.COM | Apr 23 2021 00:43:00 | Hsbc Bank, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 515957642 | + | Email/Text: bk@lendingclub.com | Apr 22 2021 22:02:00 | LENDING CLUB CORP, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 515957643 | + | EDI: DAIMLER.COM | Apr 23 2021 00:43:00 | MB FIN SVCS, 36455 CORPORATE DR, FARMINGTON HILLS, MI 48331-3552 |
| 516103138 | + | EDI: MID8.COM | Apr 23 2021 00:43:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 515957644 | | Email/Text: cowens@nationwideacceptance.com | Apr 22 2021 21:57:00 | Nationwide Acceptance, 105 DECKER CT. SUITE 725, IRVING, TX 75062 |
| 515957647 | + | EDI: RMSC.COM | Apr 23 2021 00:43:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 515957648 | | EDI: TFSR.COM | Apr 23 2021 00:43:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 515957651 | | EDI: TFSR.COM | Apr 23 2021 00:43:00 | Toyota Motor Credit Co, TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515957626 | *+ | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 515957636 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, MACYS BANKRUPTCY DEPARTMENT, PO BOX 8053, MASON, OH 45040 |
| 515957638 | *+ | Firstar/US Bank, US BANK BANKRUPTCY DEPT, PO BOX 5229, CINCINNATI, OH 45201-5229 |
| 515957640 | *+ | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 517131139 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, Tx 75261, Nationstar Mortgage LLC, PO Box 619096, Dallas, Tx 75261 |
| 515957649 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 515957650 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 16-11111-RG    Doc 96    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Cesar M. Campos ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

TOTAL: 8